Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

Division

| | |
|---|---|
| CSG WA, LLC<br>on behalf of Keija Cui<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>Osman Mian<br>Umar Mian<br>Jane Doe and John Doe 1-100<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. ___2:20-cv-01702 TLF___<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CSG WA LLC |
| Street Address | 16375 NE 44th Court |
| City and County | Redmond in King County |
| State and Zip Code | Washington 98052 |
| Telephone Number | 8009746085 |
| E-mail Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Osman Mian |
| Job or Title *(if known)* | |
| Street Address | 6 Adrian Circle |
| City and County | Scarsdale in Westchester County |
| State and Zip Code | New York 10583 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Umar Mian |
| Job or Title *(if known)* | |
| Street Address | 6 Adrian Circle |
| City and County | Scarsdale in Westchester County |
| State and Zip Code | New York 10583 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jane Doe and John Doe 1-100 |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | New York |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the
        State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*   CSG WA LLC _____ , is incorporated
        under the laws of the State of *(name)*   Washington State _____ ,
        and has its principal place of business in the State of *(name)*
        Washington _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)*    Osman and Umar Mian    , is a citizen of
the State of *(name)*    New York    . Or is a citizen of
*(foreign nation)*

b.  If the defendant is a corporation

The defendant, *(name)*    , is incorporated under

the laws of the State of *(name)*    , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Amount in Controversy and Needed to restore Justice in this matter is $200,000.00 due to a Fraudulent Investment and Investment Scheme that was perpitrated by the Defendants.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The Plaintiff in this action is entitled the amount of $200,000.00 to restore Justice in this matter due to the following :

1) The Defendants Fraudulently presented the Plaintiff with a Non Exsistent Investment and Investment opportunity for the Sole Purpose of Defrauding the Plaintiff of his money.

2) The Defendants did Act in an Organized Fashion that falls under the (RICO ACT) of the United States .

3) The Defendants did Launder the Plaintiffs Money and Commit Acts of Wire Fraud in there Scheme.

4) The Defendants did Commit Mail and Wire Fraud as part of this Scheme to Defraud the Plaintiff in this matter.

The Statue of Limitations on (RICO Matters) in the Federal Justice System both Civilly and Criminally is 4 years from the Date the Victim Discovers the Damages. In this case the Plaintiff is the Victim and discovered the Damages in late 2018.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is seeking the Court to Order the Defendants to pay $200,000.00 in Relief to Restore Justice in this Matter. The Plaintiff also asks the Court to Order Extended Civil Penalties and Monetary Damages due to the Violations being consistent with ( RICO ACT) Laws of the United States .

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Date of signing        11/06/2020

Signature of Plaintiff        _M hill hill CSG wa LLC_

Printed Name of Plaintiff    Michael Wiliams for CSG WA LLC

**B.**    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address