UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL WILLIAMS,

                Plaintiff,

v.

OSMAN MIAN, et al.,

                Defendants.

Case No. C20-1702 JCC-TLF

REPORT AND RECOMMENDATION

Noted for July 30, 2021

Plaintiff filed this action on behalf of CSG WA LLC and Keija Cui. Dkt. 1. The Court ordered plaintiff to show cause why the complaint should not be dismissed as improperly filed on behalf of a third party. Dkt. 7. The deadline for plaintiff's response was set for May 14, 2021. Dkt. 7. Plaintiff has not responded to the Court's order to show cause.

Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **July 30, 2021**, as noted in the caption.

Dated this 13th day of July, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2