THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSMAN MIAN, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-1702-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Theresa Fricke (Dkt. No. 9), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R.
2. Plaintiff's complaint is DISMISSED without prejudice.

DATED this 30th day of July 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE