# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>OSMAN MIAN, *et al.*,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1702-JCC |

\_\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has so ORDERED:

　　The Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's complaint without prejudice.

DATED this 30th day of July 2021.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　 /s/ *Paula McNabb*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk